UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SMITHS MEDICAL ASD, INC., <br> a Delaware corporation, <br><br> Plaintiff, <br> vs. <br><br> ARCADIA MEDICAL CORPORATION <br> an Indiana corporation <br><br> and <br><br> WILLIAM A. DEPEL, <br> an individual, <br><br> Defendants. | Case No. 1:11-cv-07036 <br><br> Hon. Edmond E. Chang, U.S.D.J. |

**JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT**

Plaintiff, Smiths Medical ASD, Inc. ("Smiths"), and Defendants, Arcadia Medical Corporation and William A. Depel (collectively, "Defendants"), hereby jointly move this Court for entry of the Order For Judgment Entered On Consent (the "Consent Judgment"), a copy of which will also be promptly submitted to the Court via email in accordance with Judge Edmond E. Chang's standing orders. In support of this Joint Motion, the parties state as follows:

Smiths and Defendants have reached an agreement on judgment to dispose of all claims before this Court in this matter. Pursuant to terms of the parties' settlement agreement, the parties have each signed original copies of the Consent Judgment (said copies being released from escrow on December 31, 2012 and will be sent to Judge Chang via electronic mail), and have agreed to jointly move the Court for entry of the Consent Judgment.

WHEREFORE, Smiths and Defendants respectfully request that this Court grant the present Joint Motion and enter the accompanying Consent Judgment.

Dated: December 31, 2012

/s/ Jason A. Berta
Jason A. Berta (6295888)
FOLEY & LARDNER LLP
321 North Clark Street, Suite 2800
Chicago, Illinois 60654
312.832.4500
312.832.4700 (fax)

Richard A. Florsheim (*pro hac vice*)
Rebecca J. Pirozzolo-Mellowes (*pro hac vice*)
Heather Holden Brooks (*pro had vice*)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, Wisconsin 53202
312.271.2400
312.297.4900 (fax)

*Attorneys for Plaintiff*
*Smiths Medical ASD, Inc.*

Respectfully submitted,

/s/ Robert H. Smeltzer
Gerald Haberkorn
Robert H. Smeltzer
Brian R. Orr
LOWIS & GELLEN LLP
200 W. Adams Street, Suite 1900
Chicago, Illinois 60606
312-364-2500
312-364-1003 (fax)

*Attorneys for Defendants Arcadia Medical*
*Corporation and William A. Depel*

## CERTIFICATE OF SERVICE

I, Jason A. Berta, an attorney, hereby certify that on December 31, 2012, I caused to be filed electronically this JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT and the NOTICE OF MOTION with the Clerk of the Court using the CM/ECF system, which will send an electronic copy of the foregoing to counsel of record and constitutes service under Federal Rule of Civil Procedure 5(b)(2)(D) pursuant to Local Rule 5.9 of the Northern District of Illinois.

/s/ Jason A. Berta